UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CASTLE OIL CORPORATION

        Plaintiff,

-against-                           **RULE 7.1 STATEMENT**

OLD REPUBLIC INSURANCE COMPANY

        Defendants
------------------------------------x

**JUDGE BRIEANT**

**08 CV 0990**

Case No.

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Old Republic Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    Old Republic International Corporation.

Dated: New York, New York
       January 28, 2008

SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH, LLP
Attorney for Defendant
Old Republic Insurance Company

By: _____

Ira S. Lipsius (IL5707)
14 Penn Plaza, Suite 500
New York, New York 10122
Telephone No.: (212) 563-1710
File No.: 2689.0002

*FILED U.S. DISTRICT COURT S.D. OF N.Y. 2008 JAN 30 PM 3:17*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```