UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

CASTLE OIL CORPORATION,                  :

                     *Plaintiff,*       :     **DISCLOSURE STATEMENT**

         —against—                        :
                                                       Civ. Action No.: 08 CV 0990 (CLB)

OLD REPUBLIC INSURANCE COMPANY,          :

                     *Defendant.*       :

------------------------------------x

TO:  Ira S. Lipsius, Esq.
      SCHINDEL, FARMAN, LIPSIUS,
      GARDNER & RABINOVICH, LLP
      14 Penn Plaza
      Suite 500
      New York, New York 10122

      Pursuant to Fed. R. Civ. P. 7.1, plaintiff Castle Oil Corporation hereby states that it has no parent corporation and that no publicly held corporation owns any of its stock.

Dated:  Harrison, New York
        February 4, 2008

                                                   _____
                                                   MICHAEL M. MEADVIN (MM–6366)
                                                   Attorney for Plaintiff
                                                   Castle Oil Corporation
                                                   Post Office Box 466
                                                   500 Mamaroneck Avenue
                                                   Harrison, New York 10528
                                                   (914) 381-6508

RECEIVED FEB 04 2008 USDC-WP-SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CASTLE OIL CORPORATION,                          :

                  Plaintiff,      :       **AFFIRMATION OF SERVICE**

         —against—                            :
                                              Civ. Action No.: 08 CV 0990 (CLB)

OLD REPUBLIC INSURANCE COMPANY,                  :

                 Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    MICHAEL M. MEADVIN, under penalty of perjury, declare that on February 4, 2008, I served a copy of the attached Disclosure Statement upon:

    SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH, LLP
    Attorneys for Defendant
    14 Penn Plaza
    Suite 500
    New York, New York 10122

by mailing said copy via prepaid first-class mail to the above address.

Dated:   Harrison, New York
           February 4, 2008

                                                                        _/s/ Michael M. Meadvin_
                                                      MICHAEL M. MEADVIN (MM-6366)
                                                      Post Office Box 466
                                                      500 Mamaroneck Avenue
                                                      Harrison, New York 10528
                                                      (914) 381-6508