UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| CASTLE OIL CORPORATION, | : |
| *Plaintiff,* | : |
| —against— | : |
| OLD REPUBLIC INSURANCE COMPANY, | : |
| *Defendant.* | : |

**DEMAND FOR JURY TRIAL**

Civ. Action No.: 08 CV 0990 (CLB)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      Pursuant to Fed. R. Civ. P. 38(b), plaintiff Castle Oil Corporation hereby demands trial by jury of all issues so triable.

Dated:    Harrison, New York
             February 13, 2008

                                s/     Michael M. Meadvin
                              MICHAEL M. MEADVIN (MM–6366)
                              Attorney for Plaintiff
                              Castle Oil Corporation
                              Post Office Box 466
                              500 Mamaroneck Avenue
                              Harrison, New York 10528
                              (914) 381-6508

TO:    Ira S. Lipsius, Esq.
          SCHINDEL, FARMAN, LIPSIUS,
          GARDNER & RABINOVICH, LLP
          14 Penn Plaza
          Suite 500
          New York, New York 10122