UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CASTLE OIL CORPORATION,                           :

                              *Plaintiff,*       :       **INITIAL DISCLOSURE**

                —*against*—                 :       Civ. Action No.: 08 CV 0990 (CLB)

OLD REPUBLIC INSURANCE COMPANY,                   :

                             *Defendant.*       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      Pursuant to Fed. R. Civ. P. 26(a)(1)(A), plaintiff Castle Oil Corporation hereby furnishes its initial disclosure.

      (i) The name, address, and telephone number of each individual likely to have discoverable information:

      (a) Paul Conley
          Senior Vice President and Chief Financial Officer
          Castle Oil Corporation
          500 Mamaroneck Avenue
          Harrison, New York 10528
          (914) 381-6661

          Subjects:  formation of contract of insurance; payment of premiums; communications with defendant; calculation of damages

      (b) James Niland
          J. M. Niland & Associates, LLC
          316 Fareway Lane
          Grand Island, New York 14072
          (716) 773-0182

          Subjects:  formation of contract of insurance; communications with defendant; communications with Murdock Claims Management Company ("Murdock"); handling of underlying claims and similar claims by defendant and Murdock

    (c)  Michael Carrasquillo
         Claims Manager
         Castle Oil Corporation
         290 Locust Avenue
         Bronx, New York 10454
         (718) 579-3415

         Subjects:  circumstances of underlying claims; communications with Murdock; prior claims handling by defendant and Murdock

    (d)  Timothy P. Tressy
         Murdock Claims Management Company
         present address and telephone number unknown

         Subjects:  handling of underlying claims and similar claims by defendant and Murdock; defendant's acceptance and later purported disclaimer of underlying claims

    (e)  George M. Jones
         Old Republic Insurance Company
         Park 80 West, Plaza One
         Saddle Brook, New Jersey 07663
         (201) 845-7324

         Subjects:  formation of contract of insurance; defendant's acceptance and later purported disclaimer of underlying claims

    (f)  Lawrence A. Levy, Esq.
         Rivkin Radler
         926 EAB Plaza
         Uniondale, New York 11556
         (516) 357-3000

         Subject:  defendant's purported disclaimer; communications with defendant and Murdock regarding purported disclaimer

    (ii) Concurrently herewith, plaintiff is sending defendant's counsel a copy of each document in its possession, custody, or control which it currently contemplates using to support its claims.

    (iii) The following is plaintiff's damages calculation, subject to revision based on facts and circumstances arising after commencement of this action:

| DESCRIPTION | AMOUNT | DATE | CHECK NO. | SUBTOTAL |
|---|---|---|---|---|
| Settlement payment-Barbara Hickey and Lipsig, Manus & Moverman, as attorneys | $ 50,000.00 | 07/09/2007 | 18857 | |
| Settlement payment-Barbara Hickey and Lipsig, Manus & Moverman, as attorneys | 175,000.00 | 08/22/2007 | 19694 | |
| TOTAL DIRECT HICKEY SETTLEMENT PAYMENTS | | | | $ 225,000.00 |
| ABN AMRO Bank | 151,687.06 | 02/22/2007 | 19690 | |
| Wachovia Bank | 25,029.77 | 08/22/2007 | 19721 | |
| First American Title Insurance Co. of NY | 1,500.00 | 08/22/2007 | 19736 | |
| Barbara Hickey | 197,342.73 | 08/22/2007 | 19695 | |
| First American Title Insurance Co. of NY | 3,493.00 | 08/22/2007 | 19705 | |
| Timothy Oberwerger | 450.00 | 08/22/2007 | 19737 | |
| Timothy Oberwerger | 200.00 | 08/22/2007 | 19715 | |
| TOTAL HICKEY PROPERTY ACQUISITION SETTLEMENT PAYMENTS | | | | 379,702.56 |
| TOTAL HICKEY PROPERTY REHABILITATION AND MAINTENANCE COSTS | | | | TBD |
| (PROCEEDS FROM SALE OF HICKEY PROPERTY) | | | | TBD |
| Gabriel I. Pompe and Julia A. Vesi, and Filer and Ligattuta, as attorneys | 30,937.50 | 09/08/2006 | 12576 | |
| TOTAL DIRECT POMPE SETTLEMENT PAYMENTS | | | | 30,937.50 |
| TOTAL ESTIMATED SUBROGATION CLAIM PAYMENTS | 86,961.79 | | | 86,961.79 |

Dated:   Harrison, New York
         April 18, 2008

                                    s/  Michael M. Meadvin
                              MICHAEL M. MEADVIN (MM–6366)
                              Attorney for Plaintiff
                              Castle Oil Corporation
                              Post Office Box 466
                              500 Mamaroneck Avenue
                              Harrison, New York 10528
                              (914) 381-6508

TO: Ira S. Lipsius, Esq.
SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH, LLP
14 Penn Plaza
Suite 500
New York, New York 10122