UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| CASTLE OIL CORPORATION, | : |
| *Plaintiff,* | : |
| —*against*— | : **NOTICE OF CHANGE** |
| | : **OF ADDRESS** |
| OLD REPUBLIC INSURANCE COMPANY, | : Civ. Action No.: 08 CV 0990 (CLB) |
| *Defendant.* | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE** that the office address of the undersigned will change effective May 19, 2008, as follows:

| *For Mail Deliveries* | *For Personal Service and Overnight Courier Deliveries* |
|---|---|
| 440 Mamaroneck Avenue<br>Post Office Box 466<br>Harrison, New York 10528-0466 | 440 Mamaroneck Avenue<br>Suite 402<br>Harrison, New York 10528-2423 |

Dated:   Harrison, New York
         May 15, 2008

                                                     s/   Michael M. Meadvin      _
MICHAEL M. MEADVIN (MM–6366)
Attorney for Plaintiff
Castle Oil Corporation
Post Office Box 466
500 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-6508

TO:   Ira S. Lipsius, Esq.
      SCHINDEL, FARMAN, LIPSIUS,
      GARDNER & RABINOVICH, LLP
      14 Penn Plaza
      Suite 500
      New York, New York 10122